**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jose Louis NEGRON, Petitioner**

**No. 241 MAL 2017**

Supreme Court of Pennsylvania.

August 30, 2017

## ORDER

PER CURIAM

AND NOW, this 30th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**